UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYED K. RAFI PHD,<br><br>   Plaintiff,<br><br>  v.<br><br>HARVARD UNIVERSITY MEDICAL SCHOOL, BRIGHAM AND WOMEN'S HOSPITAL, CYNTHIA C. MORTON PHD, RICHARD L. MAAS MD PHD, MASSACHUSETTS GENERAL HOSPITAL, MARCY E. MACDONNALD PHD, CHILDREN'S HOSPITAL BOSTON, and MIRA B. IRONS MD,<br><br>   Defendants. | Civil Action No.: 20-CV-10038-NMG |
| SYED K. RAFI PHD,<br><br>   Plaintiff,<br><br>  v.<br><br>HARVARD UNIVERSITY MEDICAL SCHOOL, BRIGHAM AND WOMEN'S HOSPITAL, CYNTHIA C. MORTON PHD, RICHARD L. MAAS MD PHD, MASSACHUSETTS GENERAL HOSPITAL, MARCY E. MACDONNALD PHD, CHILDREN'S HOSPITAL BOSTON, and MIRA B. IRONS MD,<br><br>   Defendants. | Civil Action No.: 20-CV-10521-NMG |

**JOINT MOTION TO CONSOLIDATE**
**(Memorandum of Law Incorporated)**

Defendants jointly move to consolidate the above-captioned actions (the "Actions"). As grounds therefor, defendants state:

1.      Under Fed. R. Civ. P. 42, the Court may consolidate actions that "involve a common question of law or fact." In such circumstances, the Court may also "issue any other orders to avoid unnecessary cost or delay."

2.      The complaints in the Actions are identical in all material respects. All parties are the same. Differences between the two documents are limited to modest additional material appearing in the complaint in the second action (20-CV-10521-NMG) at pages 8, 11, and 58-59, changes in date references from "2019" to "2020," a revised complaint title, and references to a new "Exhibit 23" (no exhibits were filed in the second action). Although the state court docket reflects that plaintiff filed an Amended Complaint on March 5, 2020 in the second action, no defendant has received service of that document.[1]

3.      This Court has consolidated duplicative actions filed by this plaintiff in the past. As described in motions to dismiss pending in the Actions, plaintiff Syed K. Rafi, Ph.D. has repeatedly asserted similar claims against certain of the defendants. This includes <u>Rafi v. Brigham & Women's Hospital, et al.</u>, 14-CV-14017-GAO; <u>Rafi v. Children's Hospital Boston, et al.</u>, 14-CV-14205-GAO; and <u>Rafi v. Cynthia Morton, Ph.D.</u>, 18-CV-10482-NMG. The two 2014 actions were consolidated by the Court <u>sua sponte</u>. In ordering consolidation, the Court noted, citing Rule 42, that "[t]he parties have been treating these two cases as one by, among other things, filing nearly identical papers in each. Because the cases share overlapping questions of law and fact, these actions are consolidated for all purposes."

---

[1] A certified copy of all state court filings has been requested and will be submitted to this Court pursuant to Local Rule 5.4(f).

4.      Consolidation of the Actions will avoid needlessly duplicative filings and proceedings, which serves the interests of judicial economy and reduces unnecessary expenditure of the parties' time and resources.

5.      Plaintiff will in no way be prejudiced by consolidation of the Actions.

## CONCLUSION

WHEREFORE, defendants respectfully request the Court enter an order consolidating the above-captioned actions.

Respectfully submitted,

| | |
|---|---|
| BOSTON CHILDREN'S HOSPITAL and MIRA IRONS, MD, | BRIGHAM AND WOMEN'S HOSPITAL, CYNTHIA MORTON, PHD, RICHARD MAAS, MD, PHD, MASSACHUSETTS GENERAL HOSPITAL, and MARCY MACDONALD PHD, |
| By their attorneys, | |
| | By their attorneys, |
| /s/ Amy E. Serino | |
| Tracey E. Spruce (BBO# 638124) | /s/ Brian E. Sopp |
| Amy E. Serino (BBO# 643664) | Robert R. Hamel, Jr. (BBO# 567194) |
| Spruce Law LLC | Brian E. Sopp (BBO# 690940) |
| 35 New England Business Center Drive | Hamel, Marcin, Dunn, Reardon, & Shea |
| Suite 220 | 350 Lincoln St, Suite 1101 |
| Andover, MA 01810 | Hingham, MA 02043 |
| Tel: (978) 296-3027 | (617) 482-0007 |
| tspruce@sprucelawllc.com | rhamel@hmdrslaw.com |
| aserino@sprucelawllc.com | bsopp@hmdrslaw.com |

HARVARD UNIVERSITY MEDICAL SCHOOL,

By its attorneys,

 /s/ Allison B. Cherundolo
Gregory A. Manousos (BBO# 631455)
Allison B. Cherundolo (BBO# 681632)
Morgan, Brown & Joy, LLP
200 State Street, Floor 11
Boston, MA 02109-2605
T: 617-523-6666
F: 617-367-3125
gmanousos@morganbrown.com
acherundolo@morganbrown.com


Dated:  April 22, 2020

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, undersigned counsel states that on April 14-15, 2020, she conferred by email with plaintiff, who is appearing *pro se*, in good faith to resolve or narrow the issues addressed herein.

 /s/ Amy E. Serino
Amy E. Serino


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on April 22, 2020.

 /s/ Amy E. Serino
Amy E. Serino